UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MANUEL GONZALEZ,<br><br>**Plaintiff,**<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC and ACCOUNTS RECEIVABLE TECHNOLOGIES, INC.,<br><br>**Defendants.** | Civil Action No. _____<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

**PLEASE TAKE NOTICE** that Defendant, Accounts Receivable Technologies, Inc. ("ART"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the County Court of the 17th Judicial Circuit in Broward County, Florida, Small Claims Division identified by case number COSO-22-001579, to the United States District Court for the Southern District of Florida, and shows the Court as follows:

1. This action was commenced in the County Court of the 17th Judicial Circuit in Broward County, Florida, Small Claims Division by serving Plaintiff's Summons and Complaint on ART on May 9, 2022.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process is attached hereto including the Summons as "Exhibit 1," the Complaint as "Exhibit 2," and Plaintiff's First Interrogatories, Requests for Admission, and Requests for Production to ART as "Exhibit 3."

3. ART was served with the Complaint on May 9, 2022, via Registered Agent.

4. Plaintiff Manuel Gonzalez ("Plaintiff") brought this action against ART for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, *et seq.* ("FCCPA") and against Defendant BMW Financial Services NA, LLC ("BMW") for alleged violations of the FCCPA.

5. This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This Court has supplemental jurisdiction over Plaintiff's FCCPA state law claim pursuant to 28 U.S.C. § 1367 against Defendants because this claim arises from the same series of events, arises from the same set of operative facts, relates to the same alleged wrongful conduct, and forms part of the same case or controversy as the federal claims alleged.

7. The County Court of the 17th Judicial Circuit in Broward County, Florida is located in the Southern District of Florida, 28 U.S.C. § 89(c). Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

8. The instant Notice of Removal is being filed within thirty (30) days of ART having been served with the Summons and Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

9. ART will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

10. BMW, who has been served upon the date of filing of this Notice of Removal and remains a party to this litigation, consents to the removal of this case. Attached as Exhibit 4 is BMW's joinder in the removal.

11. ART will file a true and accurate copy of this Notice of Removal with the County Court of the 17th Judicial Circuit for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** ART respectfully requests that the aforementioned State Court Action, now pending in the County Court of the 17th Judicial Circuit in Broward County, Florida, be removed to the United States District Court for the Southern District of Florida.

This the 8th day of June, 2022.

Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone: 813-251-5500
Fax: 813-251-3675
Email: cmchale@gsgfirm.com
Email: dgolden@gsgfirm.com
*Attorneys for Defendant*
*Accounts Receivable Technologies, Inc.*

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do certify that I have served all parties with a copy of the foregoing **NOTICE OF REMOVAL** by email to the following:

Kaelyn Diamond
Ziegler Diamond Law; Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
kaelyn@attorneydebtfighters.com
*Attorney for Plaintiff*

This the 8th day of June, 2022.

/s/ Charles J. McHale
Charles J. McHale, Esq.
*Counsel for Defendant*
*Accounts Receivable Technologies, Inc.*
**GOLDEN SCAZ GAGAIN, PLLC**